UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21991-CIV-UNGARO/O'SULLIVAN

FRANCISCO PUJOL,

    Plaintiff,

v.

CITY OF OPA-LOCKA,

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court on the Defendant, City of Opa-Locka's, Motion to Compel Plaintiff, Francisco Pujol, to Provide Better Rule 26 Disclosures (DE # 21, 8/9/17). Fed. R. Civ. P. 26(a)(1)(A)(I) provides in pertinent part that

> a party must, without awaiting a discovery request, provide to the other parties:
>
> **(I)** the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

Fed. R. Civ. P. 26. Accordingly, having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Defendant, City of Opa-Locka's, Motion to Compel Plaintiff, Francisco Pujol, to Provide Better Rule 26 Disclosures (DE # 21, 8/9/17) is GRANTED in accordance with this Order. It is further

ORDERED AND ADJUDGED that on or before September 11, 2017, the plaintiff, Francisco Pujol, shall amend his Rule 26 disclosures to provide the contact information of each individual listed in the disclosures (if known) and the subject of each witnesses'

expected testimony.

**DONE AND ORDERED** in Chambers at Miami, Florida this **30th** day of August, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record